IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MELISSA McCRORY,                    )
          Plaintiff,                )
                                    )
     v.                             ) Civil Action No. 07-0039
                                    )
STATE FARM MUTUAL                   )
AUTOMOBILE INSURANCE COMPANY,       )
          Defendant.                )

ORDER

AND NOW this 9th day of November, 2007, it is hereby ordered that plaintiff's motion to compel [doc. no. 19] is DENIED.

The parties are reminded of their obligation to comply with section C of this Court's Initial Scheduling Order, and Local Rule 37.1, in filing any future motions regarding discovery disputes. Failure to do so will result in the Court resolving the motion against the party not in compliance.

BY THE COURT:

_____, J.

cc: All Counsel of Record